# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2019

158012

SHELLY GREEN,
          Appellant,

v

REETHS-PUFFER PUBLIC SCHOOLS,
          Appellee.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158012
COA: 340889
State Tenure Commission:
16-000013

      On order of the Court, the application for leave to appeal the May 18, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2019



Clerk

p0325